AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
10/11/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI    DEPUTY

In the Matter of the Search of )
Parcel Shipped Through the United States Postal Service and Seized from the Mail Stream on October 3, 2024, as Further Described in Attachment A )

Case No. **2:24-MJ-06221**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: October 10, 2024 4:49 p.m.    _____
                                                    *Judge's signature*

City and state: Los Angeles, CA    Hon. Alka Sagar, U.S. Magistrate Judge
                                   *Printed name and title*

AUSA: Danbee Kim x6530

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 2:24-mj-06221 | Date and time warrant executed: 10/11/2024 9:43a.m. | Copy of warrant and inventory left with: USPIS |
| Inventory made in the presence of : Postal Inspector Jolisia Bennett, Rex Castro, and Tristan Scepanski | | |
| Inventory of the property taken and name of any person(s) seized: $8,280.00 USC Parcel Packaging and wrappings | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/11/2024

*Jolisia J Bennett*
*Executing officer's signature*
Jolisia J. Bennett, Postal Inspector
*Printed name and title*

## ATTACHMENT A

<u>PARCEL TO BE SEARCHED</u>

The USPS Priority Mail Express parcel bearing tracking number EI 973 767 067 US (the SUBJECT PARCEL), detained on October 4, 2024, and currently in the custody of the United States Postal Inspection Service in Los Angeles, California. Weighing approximately 2 pounds, 0 ounces, with a return address of "A. Elhalaha 250 main Street, Spotwood, NJ 08884" and recipient address "Chase Garcia 1739 Vanhorne Lane, Redondo, CA, 90278.

i

## ATTACHMENT B

<u>ITEMS TO BE SEIZED</u>

The items to be seized are evidence, contraband, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 846 (conspiracy to distribute and possess with intent to distribute a controlled substance), and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), namely:

      a.    Any controlled substances;

      b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

      c.    Parcel wrappings and any associated packaging material.